UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

MICHAEL MURPHY,

    Plaintiff,

vs.

COMMISSIONER OF SOCIAL
SECURITY,

    Defendant.

_____/

Civil Action No.
07-10382

HON. BERNARD A. FRIEDMAN

## **MEMORANDUM OPINION AND ORDER**

    This matter is presently before the Court on Magistrate Judge Donald A. Scheer's Report and Recommendation ("R&R") filed on August 6, 2007. No objections were filed.

    This Court has had an opportunity to fully review this matter and believes that Magistrate Judge Scheer has reached the proper conclusions for the proper reasons. Accordingly,

    IT IS ORDERED that Magistrate Judge Scheer's R&R filed on August 6, 2007, is accepted and adopted as the findings and conclusions of the Court.

    IT IS FURTHER ORDERED that Plaintiff's Motion for Summary Judgment [docket entry 9] is denied.

1

IT IS FURTHER ORDERED that Defendant's Motion to Remand this matter to the Commissioner for further administrative proceedings [docket entry 12] is granted.

____s/Bernard A. Friedman_____
BERNARD A. FRIEDMAN
CHIEF UNITED STATES DISTRICT JUDGE

Dated: _August 28, 2007__
       Detroit, Michigan

I hereby certify that a copy of the foregoing document

was served upon counsel of record by electronic and/or first-class mail.

s/Carol Mullins

Case Manager to Chief Judge Friedman